IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA NELSON-McGOURTY, | REQUEST FOR ENTRY OF DEFAULT |
| Plaintiff, | |
| v. | Civil Action No. 08-cv-2849 |
| L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a LOU HARRIS & CO., | **Judge Zagel** |
| | **Magistrate Judge Cole** |
| Defendant. | |

### REQUEST FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Patricia Nelson-McGourty hereby requests the Clerk of Court to enter default as to Defendant Defendant L & P Financial Adjusters Incorporated d/b/a Lou Harris & Co. and states the following in support:

1. Plaintiff filed her Complaint alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*, on May 16, 2008. Docket # 1.

2. Defendant was served with Summons and Complaint on May 16, 2008. Defendant's Answer was due June 6, 2008. Docket # 6.

3. Defendant has failed to file an Answer pursuant to the Summons served upon it.

//

//

//

//

//

WHEREFORE, pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Patricia Nelson-McGourty hereby requests the Clerk of Court to enter default as to Defendant L & P Financial Adjusters Incorporated d/b/a Lou Harris & Co.

   s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (Facsimile)

ATTORNEYS FOR PLAINTIFF PATRICIA NELSON-McGOURTY

Case 1:08-cv-02849    Document 7    Filed 06/10/2008    Page 2 of 3

## CERTIFICATE OF SERVICE

I, Craig M. Shapiro, certify that on June 11, 2008, a copy of the foregoing document was sent by First Class U.S. Postal Mail to the following:

> L& P Financial Adjusters Incorporated
> c/o Dara Michell
> 613 Academy Drive
> Northbrook, Illinois 60062
>
> REGISTERED AGENT OF DEFENDANT

                                        s/ Craig M. Shapiro
                                        Craig M. Shapiro