IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA NELSON-McGOURTY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 08-cv-2849 |
| ) | |
| v. ) | Judge Zagel |
| ) | |
| L & P FINANCIAL ADJUSTERS ) | |
| INCORPORATED d/b/a LOU HARRIS & CO., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD**

Defendant, L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a LOU HARRIS & CO ("L&P"), by and through its attorneys, David M. Schultz and Nabil G. Foster with Hinshaw & Culbertson LLP, and pursuant to Federal Rule of Civil Procedure Rule 6(b) respectfully request this Court to grant Defendant an enlargement of time of fourteen (14) days, up to and including July 2, 2008, to file its responsive pleading to Plaintiff's Complaint. In support of its motion, Defendant states the following.

1. This case involves an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1962.

2. Defense counsel was recently retained to defend L&P in this matter. Upon receipt of the instant lawsuit, Defendant's counsel contacted Plaintiff's counsel to request an extension of time to answer as well as a settlement demand.

3. Plaintiff's counsel agreed to an extension of time for Defendants to answer the complaint and promised to provide a settlement demand.

4. The parties intend to discuss possible settlement of this case and if the case is not resolved in the next 14 days, L&P seeks an enlargement of time and leave of court to file its answer and affirmative defenses.

5. Counsel for L&P requests an additional 14 days to continue settlement discussions with Plaintiff and prepare a responsive pleading to the Complaint.

6. The additional time is not meant for purposes of delay or harassment.

7. Plaintiff's counsel has no objection to this motion.

WHEREFORE, Defendant, L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a LOU HARRIS & CO, respectfully requests this Court vacate any default against Defendant, grant Defendant leave to file its responsive pleading and grant an enlargement of time of 14 days, up to and including July 2, 2008, to file its responsive pleading to Plaintiff's Complaint.

Date: June 18, 2008

Respectfully submitted,

By: s/ Nabil G. Foster
One of the Attorneys for Defendant,
L & P FINANCIAL ADJUSTERS
INCORPORATED d/b/a LOU HARRIS &
CO

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No: (312) 704-3000
Fax No: (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
nfoster@hinshawlaw.com

2

6331391v1 889684

## CERTIFICATE OF SERVICE

       I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 18th day of June 2008.

| | |
|---|---|
| _X_ CM/ECF<br>___ Facsimile<br>___ Federal Express<br>___ Mail<br>___ Messenger | *Attorneys for Plaintiff(s)*<br>Craig M. Shapiro<br>Horwitz, Horwitz & Associates, LTD.<br>25 E. Washington St., Suite 900<br>Chicago, IL 60602<br>Ph. (312) 372-8822<br>Fax (312) 372-1673<br>e-mail: craig@horwitzlaw.com |
| | s/ Nabil G. Foster<br>One of the Attorneys for Defendant,<br>L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a LOU HARRIS & CO |
| David M. Schultz (Atty. No. 6197596)<br>Nabil G. Foster (Atty. No. 6273877)<br>Attorneys for Defendant<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois 60601-1081<br>Phone No: (312) 704-3000<br>Fax No: (312) 704-3001<br>E-mail Address: dschultz@hinshawlaw.com<br>                     nfoster@hinshawlaw.com | |

6331391v1 889684