IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA NELSON-McGOURTY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>L & P FINANCIAL ADJUSTERS )<br>INCORPORATED d/b/a LOU HARRIS & CO., )<br>)<br>Defendant. )<br>) | Civil Action No.: 08-cv-2849<br><br>Judge Zagel |

## **NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE that on **TUESDAY, JUNE 24, 2008 AT 10:15 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Magistrate Judge James B. Zagel, or any Judge sitting in his stead in Courtroom 2503 of the District Court for the Northern District of Illinois, Eastern Division, 219 South South Dearborn Street, Chicago, Illinois, 60604, and then and there present **DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD,** a copy of which is served upon you along with this: (1) notice of motion.

**DEFENDANT L & P FINANCIAL ADJUSTERS
INCORPORATED d/b/a LOU HARRIS & CO.**

By: /s/ Nabil G. Foster
One of the Attorneys for Defendant

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No:  (312) 704-3000
Fax No:  (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
          nfoster@hinshawlaw.com

**CERTIFICATE OF SERVICE**

      I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the foregoing **NOTICE OF DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 18th day of June 2008.

| | |
|---|---|
| _X_ CM/ECF<br>___ Facsimile<br>___ Federal Express<br>___ Mail<br>___ Messenger | *Attorneys for Plaintiff(s)*<br>Craig M. Shapiro<br>Horwitz, Horwitz & Associates, LTD.<br>25 E. Washington St., Suite 900<br>Chicago, IL 60602<br>Ph. (312) 372-8822<br>Fax (312) 372-1673<br>e-mail: craig@horwitzlaw.com |
| | s/ Nabil G. Foster<br>One of the Attorneys for Defendant,<br>L & P FINANCIAL ADJUSTERS<br>INCORPORATED d/b/a LOU HARRIS & CO |
| David M. Schultz (Atty. No. 6197596)<br>Nabil G. Foster (Atty. No. 6273877)<br>Attorneys for Defendant<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois 60601-1081<br>Phone No: (312) 704-3000<br>Fax No: (312) 704-3001<br>E-mail Address: dschultz@hinshawlaw.com<br>                      nfoster@hinshawlaw.com | |

6331429v1 889684