IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA NELSON-McGOURTY, | **PLAINTIFF'S MOTION TO COMPEL** |
| Plaintiff, | |
| v. | Civil Action No. 08-cv-2849 |
| L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a LOU HARRIS & CO., | **Judge Zagel** |
| | **Magistrate Judge Cole** |
| Defendant. | |

## NOTICE OF MOTION

TO: Nabil G. Foster
David M. Schultz
nfoster@hinshawlaw.com
dschultz@hinshawlaw.com

    PLEASE TAKE NOTICE that on the 9th of September, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, in Courtroom 2503 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, to present Plaintiff's Motion to Compel, a copy of which is attached hereto and hereby served upon you.

                                      s/ Craig M. Shapiro
                                      Craig M. Shapiro
                                      O. Randolph Bragg
                                      HORWITZ, HORWITZ & ASSOCIATES, LTD.
                                      25 East Washington Street Suite 900
                                      Chicago, Illinois 60602
                                      (312) 372-8822
                                      (312) 372-1673  (Facsimile)

                                      ATTORNEYS FOR PLAINTIFF